IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                           CASE NO. 3:14cr74/LAC

AYLA MARIE MENDOZA,
    Defendant.
_____/

## SENTENCE AND JUDGMENT

Defendant, Ayla Marie Mendoza, is hereby sentenced on Count II to probation for a period of one day with credit for time served.

Defendant has no further obligations to this Court.  This case is closed.

**ORDERED** this 8th day of June, 2015.

                                                  s/*L.A. Collier*
                                                  LACEY A. COLLIER
                                                  Senior United States District Judge